**Order filed September 5, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00509-CV
_____

### ENZO INVESTMENTS, LP, Appellant

### V.

### CHARLES WHITE, Appellee

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-08290**

## O R D E R

The notice of appeal in this case was filed June 7, 2013. The clerk's record was filed July 26, 2013. To date, the filing fee of $175.00 has not been paid. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **September 18, 2013.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM